UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Heidel v. Davol, Inc., et al.*
Case No. 2:22-cv-761

# ORDER

On November 8, 2022, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4. (ECF No. 4.) On November 22, 2022, Defendants filed a notice that Plaintiff had not complied with the Court's order. (ECF No. 5.) Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 5) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. Defendants' original motion to dismiss (ECF No. 3) is **DENIED AS MOOT**.

IT IS SO ORDERED.


**2/2/2023**           s/Edmund A. Sargus, Jr.
**DATE**               EDMUND A. SARGUS, JR.
                       UNITED STATES DISTRICT JUDGE